UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISMET KUKAJ,

Plaintiff,

-against-

TOWN OF EASTCHESTER, et al.,

Defendants.

**ORDER**

24-CV-08942 (PMH)

PHILIP M. HALPERN, United States District Judge:

On June 5, 2026, Defendant Robert Krause ("Defendant") filed a letter-motion seeking entry of a Protective Order. (Doc. 56). On June 8, 2026, the Court issued an order directing Plaintiff Ismet Kukaj ("Plaintiff") to respond to Defendant's letter-motion on or before June 15, 2026. (Doc. 58). The docket reflects that this order was not mailed to Plaintiff until July 1, 2026. (*See* July 1, 2026 Docket Entry). However, despite the late mailing, Plaintiff has failed to respond to Defendant's letter-motion.

Accordingly, the time for Plaintiff to comply with the Court's June 15, 2026 Order (Doc. 58) and respond to Defendant's letter-motion (Doc. 56) is extended *nunc pro tunc* to July 20, 2026. Plaintiff is warned that failure to comply with this Order and the Court's June 15, 2026 Order may result in dismissal of this action in its entirety, without prejudice for want of prosecution under Federal Rule of Civil Procedure 41(b).

The Clerk of Court is respectfully directed to mail a copy of this Order, Doc. 56, and Doc. 58 to Plaintiff at his address listed on the docket.

**SO ORDERED.**

Dated: White Plains, New York
July 13, 2026

PHILIP M. HALPERN
United States District Judge